UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| MARIA RODRIGUEZ | 05-21122-C-13 |
| DEBTOR | |

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Jul 28, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Checks to the party below have not cleared within 90 days.

   CITY OF CORPUS CHRISTI
   LEGAL DEPARTMENT
   1201 LEOPARD STREET
   CORPUS CHRISTI

5. As a result, funds owed to the creditor in the amount of $173.85 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Wed, July 13, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#108

## UNITED STATES BANKRUPTCY COURT

IN RE:  
MARIA RODRIGUEZ

CHAPTER 13 PROCEEDING:  
05-21122-C-13

DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on 7/13/2011, a copy of the foregoing Trustee's Motion to Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

MARIA RODRIGUEZ  
4321 CRANE ST  
CORPUS CHRISTI, TX  78411

VIVIANA S CAVADA  
LAW OFFICES OF VIVIANA CAVADA  
4646 CORONA STE 165  
CORPUS CHRISTI, TX  78411

CITY OF CORPUS CHRISTI  
LEGAL DEPARTMENT  
1201 LEOPARD STREET  
CORPUS CHRISTI